IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>B & B 677 LLC,<br>a Florida Limited Liability Company,<br>and<br>DOVER CHICKEN, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No: 1:18-cv-00586-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT B & B 677 LLC

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant B & B 677 LLC from this action without prejudice.

Dated: October 24, 2018

                              Respectfully Submitted,

               By: */s/ David T. Crumplar*
                  David T. Crumplar (#5876)
                  Jacobs & Crumplar, P.A.
                  *Of Counsel*
                  750 Shipyard Drive
                  Suite 200
                  Wilmington, DE 19801
                  Tel.: (302) 656-5445
                  Fax: (302) 656-5875
                  E-Mail: davy@jcdelaw.com

                  -and-

                  KU & MUSSMAN, P.A.
                  18501 Pines Blvd, Suite 209-A


Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system on October 24, 2018, which sent notification of said filing to the following:

Peter K. Schaeffer, Jr., Esquire
AVENUE LAW
1073 S. Governors Ave.
Dover, Delaware 19904

Robert J. Cahall, Esquire
McCormick & Priore, P.C.
1000 North West Street, Suite 1200
Wilmington, Delaware 19801

By: */s/ David T. Crumplar*
　　　David T. Crumplar (#5876)