# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DOVER CHICKEN, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No: 1:18-cv-00586-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement in principle and are currently in the process of finalizing a written agreement. The parties' anticipate filing a joint stipulation once their written agreement is consummated, which is expected within the next thirty (30) days. The parties further request that the Court adjourn all upcoming hearings and deadlines.

Dated: January 23, 2019

| */s/ David T. Crumplar* . <br>David T. Crumplar (#5876)<br>Jacobs & Crumplar, P.A.<br>Of Counsel<br>750 Shipyard Drive<br>Suite 200<br>Wilmington, DE 19801<br>Tel.: (302) 656-5445<br>Fax: (302) 656-5875<br>davy@jcdelaw.com<br><br>*Attorneys for Plaintiff* | */s/ Robert J. Cahall* . <br>Robert J. Cahall (#5597)<br>McCormick & Priore, P.C.<br>Four Penn Center<br>1000 North West Street<br>Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 295-4895<br>Fax: (302) 295-4801<br>rcahall@mccormickpriore.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert J. Cahall, Esq.
McCormick & Priore, P.C.
Four Penn Center
1000 North West Street
Suite 1200
Wilmington, DE 19801

                                            */s/ David T. Crumplar* .
                                            David T. Crumplar (#5876)