# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DOVER CHICKEN, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Case No: 1:18-cv-00586-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: February 20, 2019

| | |
|---|---|
| */s/ David T. Crumplar* .<br>David T. Crumplar (#5876)<br>Jacobs & Crumplar, P.A.<br>Of Counsel<br>750 Shipyard Drive<br>Suite 200<br>Wilmington, DE 19801<br>Tel.: (302) 656-5445<br>Fax: (302) 656-5875<br>davy@jcdelaw.com<br><br>*Attorneys for Plaintiff* | */s/ Robert J. Cahall* .<br>Robert J. Cahall (#5597)<br>McCormick & Priore, P.C.<br>Four Penn Center<br>1000 North West Street<br>Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 295-4895<br>Fax: (302) 295-4801<br>rcahall@mccormickpriore.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of February, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Robert J. Cahall, Esq.
McCormick & Priore, P.C.
Four Penn Center
1000 North West Street
Suite 1200
Wilmington, DE 19801

                                             */s/ David T. Crumplar* .
                                             David T. Crumplar (#5876)