IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DOVER CHICKEN, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Case No: 1:18-cv-00586-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: February 20, 2019

| /s/ David T. Crumplar | /s/ Robert J. Cahall |
|---|---|
| David T. Crumplar (#5876) | Robert J. Cahall (#5597) |
| Jacobs & Crumplar, P.A. | McCormick & Priore, P.C. |
| Of Counsel | Four Penn Center |
| 750 Shipyard Drive | 1000 North West Street |
| Suite 200 | Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel.: (302) 656-5445 | Tel: (302) 295-4895 |
| Fax: (302) 656-5875 | Fax: (302) 295-4801 |
| davy@jcdelaw.com | rcahall@mccormickpriore.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this 21 day of Feb, 2019

/s/ Richard G. Andrews
United States District Judge